United States District Court
Southern District of Texas
**ENTERED**
April 30, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AQUINO ANDERS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-453 |
| | § | |
| KASHMIR ROAD LINES, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Pending before the court is a motion for attorneys' fees and a motion to amend the court's final judgment (Dkt. 12) filed by plaintiff Aquino Anders ("Anders"). Anders also filed a bill of costs. Dkt. 13. Defendant Kashmir Road Lines, LLC ("Kashmir") did not respond. Having considered the motions, the bill of costs, and the applicable law, the court is of the opinion that both motions should be GRANTED.

The court entered judgment in favor of Anders and against Kashmir. Dkt. 11. The court awarded Anders: (1) judgment in the amount of $4,591.92; (2) post-judgment interest; (3) reasonable attorneys' fees and costs; and (4) all costs of court as provided by law. Dkt. 10 at 7. The court ordered Anders to file a: (1) separate motion for attorneys' fees; and (2) a bill of costs. *Id.* at n. 5–6.

Anders seeks attorneys' fees in the amount of $8,718.75. Dkt. 12. Rachel Moussa spent 11.85 hours working on this case at a rate of $375 per hour. Dkt. 12-1 (Moussa's declaration); *see also* Dkt. 12-2 (time report). Corinna Chandler spent 11.40 hours working on this case at the same rate. *See id.* The court finds that an hourly rate of $375 for the 23.25 hours Moussa and Chandler worked is reasonable in this case. *See Heidtman v. County of El Paso*, 171 F.3d 1038, 1043 (5th Cir. 1999) ("This Court uses the 'lodestar' method to calculate attorney's fees. A lodestar is calculated

by multiplying the number of hours reasonably expended by an appropriate hourly rate in the community for such work.") (internal citations omitted).  Accordingly, the court GRANTS the motion and thus AWARDS $8,718.75 in attorneys' fees.

Anders also seeks $802.64 in costs.  Dkt. 13.  Anders filed a bill of costs for: (1) fees of the clerk ($400.00); (2) fees for service of summons and subpoena ($315.11); (3) service of citation ($80.00); and (4) legal research on Westlaw ($7.53).  Accordingly, the court AWARDS $802.64 in costs.  *See* Fed. R. Civ. P. 54(d)(1) ("[u]nless a federal statute, [the Rules of Civil Procedure], or a court order provides otherwise, costs . . . should be allowed to the prevailing party."); *see also Pacheco v. Mineta*, 448 F.3d 783, 793 (5th Cir. 2006) ("a court 'may neither deny nor reduce a prevailing party's request for cost without first articulating some good reason for doing so.'") (internal citation omitted).

For these reasons, the court GRANTS Anders's motion for attorneys' fees and his motion to amend the court's final judgment (Dkt. 12).  The court will enter an amended final judgment consistent with this order.

Signed at Houston, Texas on April 30, 2018.

_____
Gray H. Miller
United States District Judge