Case 4:17-cv-00453   Document 15   Filed on 04/30/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AQUINO ANDERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-453 |
| | § | |
| KASHMIR ROAD LINES, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the court's Memorandum Opinion and Order signed on December 18, 2017, and the court's Order signed on April 30, 2018, judgment is ENTERED in favor of plaintiff Aquino Anders ("Anders") and against defendant Kashmir Road Lines, LLC ("Kashmir") as follows:

A.  Anders should recover from Kashmir and Kashmir shall pay to Anders:

  1.  $2,295.96 in unliquidated damages resulting from Anders's FLSA overtime claim;

  2.  $2,295.96 in liquidated damages for Anders's FLSA overtime claim;

  3.  $802.64 in costs pursuant to 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d)(1), which amount shall subsequently be taxed in accordance with the procedures set forth in 28 U.S.C. § 1924, Federal Rule of Civil Procedure 54(d)(1), and Local Rule 54.2 of the United States District Court for the Southern District of Texas or subsequent order of the Court;

  4.  $8,718.75 in attorneys' fees; and

  4.  Post-judgment interest on the total sum of each of the foregoing items pursuant to 28 U.S.C. § 1961 at the rate of 1.70% per annum, the rate equal to the

weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, at https://www.federalreserve.gov/releases/h15/, for the calendar week preceding the day judgment is entered, compounded annually.

B.  The Clerk of the Court shall issue each and every writ subsequently requested by Anders to enforce the judgment against Kashmir.

C.  This is a FINAL JUDGMENT.

Signed at Houston, Texas on April 30, 2018.

_____
Gray H. Miller
United States District Judge